United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-60821
Summary Calendar

ABDULLA MOIDEEN KUNJI,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A75-233-762
--------------------

Before SMITH, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Abdulla Moideen Kunji, a native and citizen of India,
petitions this court for review of the Board of Immigration
Appeals' (BIA) affirmance of the Immigration Judge's (IJ) denial
of his applications for political asylum and withholding of
deportation.  Kunji argues that the evidence was sufficient to
support a finding of past persecution and a well-founded fear of
persecution based on his association with the Muslim League.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

When, as in this case, the BIA adopts without opinion the IJ's decision, this court reviews the IJ's decision.  <u>Mikhael v. I.N.S.</u>, 115 F.3d 299, 302 (5th Cir. 1997).  Here, the IJ's determination that Kunji had not shown past persecution or a well-founded fear of future persecution if returned to India was supported by substantial evidence.  <u>See</u> <u>Ontunez-Tursios v. Ashcroft</u>, 303 F.3d 341, 350 (5th Cir. 2002); <u>Gomez-Mejia v. I.N.S.</u>, 56 F.3d 700, 702 (5th Cir. 1995).

Kunji's petition for review is DENIED.